754 A.2d 1206

IN THE MATTER OF ARTHUR L. CHIANESE,
AN ATTORNEY AT LAW.

July 27, 2000.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ARTHUR L. CHIANESE** formerly of **RED BANK,** who was admitted to the bar of this State in 1987, and who was suspended from the practice of law for a period of three years effective April 4, 1997, by Order of this Court dated March 11, 1999, be restored to the practice of law, effective immediately.